United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERICK GARCIA-PINEDA,
Plaintiff,

v.

PATRICK, et al.,
Defendants.

Case No. 26-cv-00396-WHO (PR)

**ORDER EXTENDING TIME;**

**ORDER SETTING BRIEFING SCHEDULE ON MOTION TO AUTHORIZE DISCLOSURE**

Defendants' motion to extend the summary judgment filing deadline is GRANTED. (Dkt. No. 17.) On or before **May 24, 2027**, defendants shall file a motion for summary judgment. Plaintiff Garcia-Pineda's opposition to defendants' motion shall be filed within 45 days after the motion has been filed. Defendants' reply shall be filed within 15 days after the opposition has been filed. The motion shall be deemed submitted on the day the reply brief is due.

Defendants also move for an order pursuant to 45 C.F.R. § 164.512(e)(1)(i) authorizing disclosure of Garcia-Pineda's health information records. (Dkt. No. 17 at 2.) Before I rule on this motion, I would like to hear from plaintiff on the matter. Accordingly, on or before **November 2, 2026**, Garcia-Pineda shall, if he chooses, file an opposition to defendants' motion for disclosure. Defendants' reply shall be filed within 15 days after the opposition has been filed. The motion shall be deemed submitted on the day the reply brief is due. If Garcia-Pineda does not file an opposition by November 2, 2026, I will deem the disclosure motion submitted and ready for a ruling.

The Clerk shall not terminate Dkt. No. 17 as it contains a pending motion.

**IT IS SO ORDERED.**

**Dated:** September 24, 2026

WILLIAM H. ORRICK
United States District Judge